In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00099-CV

                                                ______________________________

 

 

                                           NEDRA SCOTT,
Appellant

 

                                                                V.

 

        DILLARD DEPARTMENT STORES, INC., A/K/A ET AL., Appellees

 

 

                                                                                                  


 

 

                                            On Appeal from the County Court at Law

                                                             Bowie County, Texas

                                                     Trial Court No. 06C0747-CCL

 

                                                  
                                                

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                      MEMORANDUM
OPINION

 

            Nedra Scott
has filed a notice of appeal from the trial court’s order of September 23,
2009, dismissing her case for want of prosecution.  Scott timely filed a motion to
reconsider.  Therefore, her notice of
appeal had to be filed within ninety days of the date the judgment was
signed.  The last day for filing for the
notice of appeal was December 23, 2009.  Tex. R. App. P. 26.1(a), 26.3.  Scott’s notice of appeal was not filed until
September 23, 2011, nearly two years late.

            On October
28, 2011, we informed Scott’s attorney of this defect and directed counsel to
show this Court how we had jurisdiction. 
We further informed counsel that, if no response was received by November
7, 2011, the appeal would be dismissed for want of jurisdiction.  It is now December 7, 2011, and no response
has been received.

            We
dismiss the appeal for want of jurisdiction.

 

 

 

                                                                                    Josh
R. Morriss, III

                                                                                    Chief
Justice

 

Date Submitted:          December
7, 2011       

Date Decided:             December
8, 2011